IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NORMA DUNNE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.: 1:25-cv-01602-SEB-TAB |
| | ) | |
| K & R GLOWING PRIDE RESIDENTIAL | ) | |
| SERVICES, LLC and KEYANA RICE, | ) | |
| Defendants. | ) | |

**DEFENDANT'S REQUEST FOR EXTENSION TO FILE DISPOSITIVE MOTIONS**

Comes now, Defendants, K & R Glowing Pride Residential Services, LLC and Keyana Rice, by counsel, India Lane, and requests an extension to file Dispositive Motions. In support of their requests state as follows:

1. The Agreed Case Management Order sets the deadline for dispositive motions for August 13, 2026.

2. Defendants' Expert List is also due on August 13, 2026.

3. Defendant need more time to depose Plaintiff's expert and plaintiff.

4. Defendant's Counsel especially needs more time because Counsel has had 3 deaths in her family, niece had emergency surgery for appendicitis and then complications thereafter, her stepmother had a stroke, her sister had a heart attack and Counsel has been battling illness all within the last 60 days.

5. Plaintiff just filed his Motion for Summary Judgment on August 13, 2026 and Counsel needs time to prepare her answer as well.

6. Counsel requests a 45 day extension for her dispositive motions.

7. Defendant requests a status call to discuss the extension and any other motions they may be filed.

8. Plaintiff's Counsel has not responded to whether he objects by the time this motion

was filed.

Wherefore, Defendant requests a 45 day extension to September 27, 2026 to submit their dispositive motions and for all relief in the premises.

Respectfully submitted,

/s/ India Lane

India Lane, #23344-49
Attorney at Law
P.O. Box 26292
Indianapolis, IN 46226
(317) 506-7304
irslane@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2026, I electronically filed the foregoing document using the PACER E-Filing System (PEFS). I also certify that on August 13, 2026, the foregoing document was served upon the Ronald Weldy via electronic filing system.

/s/ India Lane
India Lane, #23344-49